# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### GREENBELT DIVISION

In Re: §
§
TSC/Snowden River North, LLC § Case No. 18-25519
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MERRILL COHEN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                                Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 783,159.95          Claims Discharged
                                                      Without Payment: 1,349,111.44

Total Expenses of Administration: 91,890.05

3) Total gross receipts of $875,050.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $875,050.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,345,415.55 | $1,101,405.75 | $1,101,405.75 | $782,884.13 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 81,890.05 | 81,890.05 | 81,890.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,300.87 | 1,670.84 | 1,670.84 | 275.82 |
| **TOTAL DISBURSEMENTS** | $1,347,716.42 | $1,194,966.64 | $1,194,966.64 | $875,050.00 |

4) This case was originally filed under chapter 11 on 11/26/2018, and it was converted to chapter 7 on 12/03/2019. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2021     By:/s/MERRILL COHEN, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 8600 Snowden River Parkway, Suite 205 | 1110-000 | 291,683.33 |
| 8600 Snowden River Parkway, Suite 206 | 1110-000 | 291,683.33 |
| Suite 207, Snowden River Parkway, Columbia MD 21046 | 1110-000 | 291,683.34 |
| **TOTAL GROSS RECEIPTS** | | **$875,050.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital Bank NA | | 1,283,465.00 | NA | NA | 0.00 |
| | Columbia Association | | 2,472.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Columbia Association | | 2,381.00 | NA | NA | 0.00 |
| | Columbia Association | | 2,500.00 | NA | NA | 0.00 |
| | Howard County Office Of Finance | | 2,730.00 | NA | NA | 0.00 |
| | Howard County Office Of Finance | | 2,660.00 | NA | NA | 0.00 |
| | Howard County Office Of Finance | | 2,793.00 | NA | NA | 0.00 |
| | Snowden Professional Center Condominium | | 15,298.91 | NA | NA | 0.00 |
| | Snowden Professional Center Condominium | | 15,557.82 | NA | NA | 0.00 |
| | Snowden Professional Center Condominium | | 15,557.82 | NA | NA | 0.00 |
| 4 | Capital Bank Na | 4110-000 | NA | 1,040,000.00 | 1,040,000.00 | 767,884.13 |
| 3 | Snowden Professional Center Condominium | 4120-000 | NA | 43,516.22 | 43,516.22 | 15,000.00 |
| 5 | Howard County Maryland | 4700-000 | NA | 5,969.22 | 5,969.22 | 0.00 |
| 6 | Howard County Maryland | 4700-000 | NA | 5,817.91 | 5,817.91 | 0.00 |
| 7 | Howard County Maryland | 4700-000 | NA | 6,102.40 | 6,102.40 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,345,415.55 | $1,101,405.75 | $1,101,405.75 | $782,884.13 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MERRILL COHEN | 2100-000 | NA | 13,125.00 | 13,125.00 | 13,125.00 |
| MERRILL COHEN | 2200-000 | NA | 36.68 | 36.68 | 36.68 |
| All Quality HVAC Services | 2500-000 | NA | 125.00 | 125.00 | 125.00 |
| Baxley Realty Adv Resale Package | 2500-000 | NA | 250.00 | 250.00 | 250.00 |
| Clerk, Circuit Court Howard Cty | 2500-000 | NA | 6,013.25 | 6,013.25 | 6,013.25 |
| Home Team Title | 2500-000 | NA | 2,055.00 | 2,055.00 | 2,055.00 |
| Howard County, MD | 2500-000 | NA | 4,375.00 | 4,375.00 | 4,375.00 |
| Snowden Prof Center Water Balance | 2500-000 | NA | 597.62 | 597.62 | 597.62 |
| U.S. Trustee | 2950-000 | NA | 975.00 | 975.00 | 975.00 |
| COHEN, BALDINGER & GREENFELD | 3110-000 | NA | 1,837.50 | 1,837.50 | 1,837.50 |
| Tri-Alliance Commercial Real Estate Services | 3510-000 | NA | 26,250.00 | 26,250.00 | 26,250.00 |
| Zalco Commercial | 3510-000 | NA | 26,250.00 | 26,250.00 | 26,250.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $81,890.05 | $81,890.05 | $81,890.05 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Administrative Expenses: Snowden Professional Center Condominium | 6990-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $10,000.00 | $10,000.00 | $10,000.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BGE | | 226.20 | NA | NA | 0.00 |
| | BGE | | 523.00 | NA | NA | 0.00 |
| | BGE | | 1,551.67 | NA | NA | 0.00 |
| 1 | Baltimore Gas & Electric | 7100-000 | NA | 282.61 | 282.61 | 46.65 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Baltimore Gas & Electric | 7100-000 | NA | 1,388.23 | 1,388.23 | 229.17 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $2,300.87 | $1,670.84 | $1,670.84 | $275.82 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 18-25519 | TJC | Judge: | Thomas J. Catliota | Trustee Name: | MERRILL COHEN, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | TSC/Snowden River North, LLC | | | | Date Filed (f) or Converted (c): | 12/03/2019 (c) |
| | | | | | 341(a) Meeting Date: | 01/08/2020 |
| For Period Ending: | 11/08/2021 | | | | Claims Bar Date: | 04/02/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Suite 207, Snowden River Parkway, Columbia MD 21046 | 627,000.00 | 178,327.52 | | 291,683.34 | FA |
| 2. 8600 Snowden River Parkway, Suite 206 | 606,300.00 | 158,138.43 | | 291,683.33 | FA |
| 3. 8600 Snowden River Parkway, Suite 205 | 617,100.00 | 168,518.52 | | 291,683.33 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,850,400.00 | $504,984.47 | | $875,050.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3.31.21: The Trustee is attempting to sell the debtor's real property. The Trustee has employed a real estate agent and the property is currently listed for sale. As of this date, there are no offers.

Initial Projected Date of Final Report (TFR): 12/31/2021     Current Projected Date of Final Report (TFR): 12/31/2021

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-25519 | Trustee Name: | MERRILL COHEN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | TSC/Snowden River North, LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0496 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0841 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 11/08/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/01/21 | | HOME TEAM TITLE | SALE OF REAL PROPERTY | | | $26,250.00 | | $26,250.00 |
| | | | Gross Receipts | $875,050.00 | | | | |
| | | Zalco Commercial | SALES AGENT(S) COMMISSION | ($26,250.00) | 3510-000 | | | |
| | | Tri-Alliance Commercial Real Estate Services | SALES AGENT(S) COMMISSION | ($26,250.00) | 3510-000 | | | |
| | | Snowden Professional Center Condominium<br>7226 Lee Deforest Drive<br>Suite 102<br>Columbia, Md 21046 | SEcured Claim | ($15,000.00) | 4120-000 | | | |
| | | Capital Bank Na<br>Lawrence J. Anderson, Esquire<br>119 N. Henry Street<br>Alexandria, Va 22314 | SEcured Claim | ($767,884.13) | 4110-000 | | | |
| | | Home Team Title | EXPENSES OF SALE | ($2,055.00) | 2500-000 | | | |
| | | Howard County, MD | EXPENSES OF SALE | ($4,375.00) | 2500-000 | | | |
| | | Clerk, Circuit Court Howard Cty | EXPENSES OF SALE | ($6,013.25) | 2500-000 | | | |
| | | All Quality HVAC Services | HVAC Repair | ($125.00) | 2500-000 | | | |
| | | Snowden Prof Center Water Balance | WATER BILL | ($597.62) | 2500-000 | | | |
| | | Baxley Realty Adv Resale Package | EXPENSES OF SALE | ($250.00) | 2500-000 | | | |
| | 1 | | Suite 207, Snowden River Parkway, Columbia MD 21046 | $291,683.34 | 1110-000 | | | |
| | 2 | | 8600 Snowden River Parkway, Suite 206 | $291,683.33 | 1110-000 | | | |
| | 3 | | 8600 Snowden River Parkway, Suite 205 | $291,683.33 | 1110-000 | | | |

| | | | Page Subtotals: | | | $26,250.00 | $0.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-25519
Case Name: TSC/Snowden River North, LLC
Taxpayer ID No: XX-XXX0841
For Period Ending: 11/08/2021

Trustee Name: MERRILL COHEN, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0496
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/20/21 | 2001 | MERRILL COHEN<br>COHEN, BALDINGER & GREENFELD, LLC<br>2600 TOWER OAKS BLVD., SUITE 290<br>ROCKVILLE, MD 20852 | Distribution | | | $13,161.68 | $13,088.32 |
| | | MERRILL COHEN | Final distribution creditor account # representing a payment of 100.00 % per court order. ($13,125.00) | 2100-000 | | | |
| | | MERRILL COHEN | Final distribution creditor account # representing a payment of 100.00 % per court order. ($36.68) | 2200-000 | | | |
| 09/20/21 | 2002 | U.S. Trustee<br>6305 Ivy Lane Suite 600<br>Greenbelt, Md 20770 | Final distribution to claim 8 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $975.00 | $12,113.32 |
| 09/20/21 | 2003 | COHEN, BALDINGER & GREENFELD<br>COHEN<br>BALDINGER & GREENFELD, LLC | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $1,837.50 | $10,275.82 |
| 09/20/21 | 2004 | Snowden Professional Center Condominium<br>c/o John E. Tsikerdanos, Esq.<br>Nagle & Zaller, P.C.<br>7226 Lee DeForest Drive, Suite 102<br>Columbia, MD 21046 | Final distribution to claim 9 creditor account # representing a payment of 100.00 % per court order. | 6990-000 | | $10,000.00 | $275.82 |
| 09/20/21 | 2005 | Baltimore Gas & Electric<br>P.O. Box 1475<br>Baltimore, Md 21203 | Distribution | | | $275.82 | $0.00 |
| | | Baltimore Gas & Electric | Final distribution to claim 1 creditor account # representing a payment of 16.51 % per court order. ($46.65) | 7100-000 | | | |
| | | Baltimore Gas & Electric | Final distribution to claim 2 creditor account # representing a payment of 16.51 % per court order. ($229.17) | 7100-000 | | | |

Page Subtotals: $0.00  $26,250.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

| | | |
|---|---:|---:|
| COLUMN TOTALS | $26,250.00 | $26,250.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $26,250.00 | $26,250.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $26,250.00 | $26,250.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0496 - Checking | $26,250.00 | $26,250.00 | $0.00 |
|  | $26,250.00 | $26,250.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $848,800.00 |
|---|---|
| Total Net Deposits: | $26,250.00 |
| Total Gross Receipts: | $875,050.00 |